# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARIEN HOUSER** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | NO. 22-2730 |
| **TODD FAUBERT, JOSHUA WRIGHT** | : | |

## ORDER

**AND NOW**, this 20th day of October 2023, upon reviewing Defendants' partial Motion to dismiss (ECF No. 28) the pro se amended Complaint (ECF No. 26), absent a response, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendants' partial Motion to dismiss (ECF No. 28) is **GRANTED** requiring we:

1. **Dismiss** Defendants Shannon Bean and Jamie Sorber without prejudice and amend the caption as above; and,

2. **Require** Defendants Todd Faubert and Joshua Wright file an Answer to the remaining claims against them in their individual capacities in the amended Complaint (ECF No. 26) by no later than **December 5, 2023.**

_____
**KEARNEY, J.**